**Criminal Case Cover Sheet**    FILED: REDACTED    **U.S. District Court**

**Place of Offense:**    ☒ **Under Seal**    **Judge Assigned:** Anthony Trenga

City: Zurich    Superseding Indictment:    **Criminal No.** 1:25-cr-00123

County: Switzerland    Same Defendant:    New Defendant: Credit Suisse Services AG

Magistrate Judge Case No.    **Arraignment Date:**

Search Warrant Case No.    R. 20/R. 40 From:

**Defendant Information:**

**Defendant Name:** Credit Suisse Services AG    Alias(es):    ☐ Juvenile  FBI No.

**Address:** Paradeplatz 8, Postcode 8001, Zurich, Switzerland

Employment:

**Birth Date:**    **SSN:**    **Sex:**    Race:    Nationality:

**Place of Birth:**    Height:    Weight:    Hair:    Eyes:    Scars/Tattoos:

☐ **Interpreter**    **Language/Dialect:**    Auto Description:

**Location/Status:**

**Arrest Date:**    ☐ Already in Federal Custody as of:    in:

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody

☐ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

**Defense Counsel Information:**

**Name:** Michael F. Williams, Mark Filip, Nicolas Thompson    ☐ Court Appointed    Counsel Conflicts:

Address: 1301 Pennsylvania Avenue NW, Washington DC 20004    ☒ Retained

Phone: 202-389-5000    ☐ Public Defender    ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** Kimberly Shartar, Mark Daly, Nanette Davis, Marissa Brodney    **Phone:** 703-299-3875    Bar No. Shartar-77308

**Complainant Agency - Address & Phone No. or Person & Title:**

IRS- Criminal Investigation, Special Agent Jennifer Lau, 1200 1st Street NE, 4th Floor, Washington, DC 20002, 805.445.4779

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 371 | Conspiracy | 1 | Felony |
| Set 2: | | | | |

**Date:** 5/2/2025    **AUSA Signature:** *Kimberly M Shartar*    *may be continued on reverse*