# ATTACHMENT B

## CERTIFICATE OF CORPORATE RESOLUTIONS OF THE BOARD OF DIRECTORS OF CREDIT SUISSE SERVICES AG

A copy of the executed Certificate of Corporate Resolutions is attached below.

## CERTIFICATE OF CORPORATE RESOLUTIONS OF THE BOARD OF DIRECTORS OF CREDIT SUISSE SERVICES AG

At a duly held board meeting on April 25, 2025, the Board of Directors of Credit Suisse Services AG ("CSSAG") resolved as follows:

WHEREAS, CSSAG and its Affiliates (including UBS Group AG, UBS AG, and UBS Business Solutions AG), through legal counsel, have been engaged in discussions with the United States Department of Justice, Tax Division, and the United States Attorney's Office for the Eastern District of Virginia (collectively, the "Offices") in connection with their investigation into potential criminal violations related to U.S. accounts banking at Credit Suisse AG and related entities in Switzerland (the "Offices' Investigation");

WHEREAS, in order to resolve such discussions, it is proposed that CSSAG enter into a Plea Agreement with the Offices;

WHEREAS, CSSAG's internal and external legal counsel have advised the Board of Directors of CSSAG's rights, possible defenses, and the consequences of entering into such agreement with the Office;

This Board hereby RESOLVES that:

1. Credit Suisse Services AG (i) acknowledges the filing of the one-count Information charging CSSAG with conspiring to commit offenses against the United States, to wit, violations of Title 26, United States Code, Section 7206(2), the aiding, assisting, procuring, counseling, and advising of the preparation and presentation of false income tax returns to the Internal Revenue Service of the Treasury Department, in violation of Title 18, United States Code, Section 371; (ii) waives indictment on such charges and agrees to enters into the Plea Agreement with the Offices; and (iii) agrees to pay the total amount set forth in Paragraph 7 of the Plea Agreement and to execute the obligations described therein;

2. The Managing Director, Head of Americas Litigation, Jaclyn Barnao, Managing Director, Americas GC, Patrick Shilling, and/or their respective delegates, acting singly, hereby are authorized on behalf of CSSAG to execute the Plea Agreement substantially in such form as reviewed by this Board of Directors at this meeting with such changes as the Managing Director, Head of Americas Litigation, Jaclyn Barnao, Managing Director, Americas GC, Patrick Shilling, and/or their respective delegates, acting singly, may approve;

3. The Board hereby authorizes, empowers, and directs the Managing Director, Head of Americas Litigation, Jaclyn Barnao, Managing Director, Americas GC, Patrick Shilling, and/or their respective delegates, acting singly, to take any and all actions as may be necessary or appropriate, and to approve and execute the forms, terms or provisions of any agreement or other documents as may be necessary or appropriate to carry out and effectuate the purpose and intent of the foregoing resolutions, and to take any appropriate actions in connection with the Deferred Prosecution Agreement entered into between Credit Suisse Group AG and the United States Attorney's Office for the Eastern District of New York or the application to the Securities and Exchange Commission for a waiver under Section 9(a) of the Investment Company Act of 1940; and

4. All of the actions of the Managing Director, Head of Americas Litigation, Jaclyn Barnao, and Managing Director, Americas GC, Patrick Shilling, and/or their respective delegates which actions would have been authorized by the foregoing resolutions except that

such actions were taken prior to the adoption of such resolutions, are hereby severally ratified, confirmed, approved and adopted as actions on behalf of the CSSAG.

I hereby certify that the above is a true and accurate copy of the resolutions of the Board of the CSSAG passed on 25 April, 2025.

By: _____           Dated: 30 April, 2025
Lutz Haneforth
Managing Director
Office of the Company Secretary
Credit Suisse Services AG

B-4