IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 1:25-cr-123 |
| ) | |
| CREDIT SUISSE SERVICES AG, ) | |
| ) | |
| *Defendant*. ) | |

# RESTITUTION ORDER

1. Pursuant to 18 U.S.C § 3663A(c)(1), Credit Suisse Services AG (the "defendant") is ordered to pay restitution in the amount of **$46,015,674.00**. Pursuant to 18 U.S.C. § 3663A(c)(2), the defendant further agrees that an offense listed in Section 3663A(c)(1) gave rise to this Agreement and, as such, victims of the conduct described in the charging instrument, Statement of Facts, or any related or similar conduct shall be entitled to restitution.

2. The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

3. The defendant shall pay restitution (inclusive of interest) in the amount of $46,015,674, to the following victim of the offense charged in Count One of the Information:

   IRS – RACS
   Attn.: Mail Stop 6261, Restitution
   333 West Pershing Avenue
   Kansas City, MO 64108

4. Restitution shall be paid directly to the IRS within seven days of the entry of the guilty plea, pursuant to payment instructions provided to the defendant.

5. Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately. The Government may enforce restitution at any time.

6.  No delinquent or default penalties will be imposed except upon Order of the Court.

/s/
Anthony J. Trenga
Senior United States District Judge
~~Honorable~~ ~~United States District Judge~~

ENTERED this 5th day of May, 2025.

at Alexandria, Virginia

WE ASK FOR THIS:

ERIK S. SIEBERT
United States Attorney
Eastern District of Virginia

Kimberly M. Shartar
Assistant United States Attorney

KAREN E. KELLY
Chief, delegated Deputy Assistant
Attorney General for Criminal Matters
Tax Division
U.S. Department of Justice

Mark F. Daly
Nanette L. Davis
Senior Litigation Counsel
Marissa R. Brodney
Trial Attorney

SEEN AND AGREED:

Jaclyn Barnao
UBS Head of Americas Litigation
Authorized Signatory for
Credit Suisse Services AG

Mark Filip
Nicolas Thompson
Kirkland & Ellis LLP
Eric Stupp
Joel Fischer
Bär & Karrer AG
Counsel to Credit Suisse Services AG

2